# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2009

136592 & (60)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DEBORAH A. HUGHES,
      Plaintiff/Counter-
      Plaintiff-Appellant,

v

RONALD A. WOOD, WALTER ROE,
DONALD WILLIAMS, COUNTY OF
ANTRIM, and ARLEN TURNER,
      Defendants-Appellees,

and

CECIL P. DUNN and ROBERT DUNN,
      Defendants-Appellees,

and

DIANE DUNN,
      Defendant,

and

CECIL P. DUNN CONSTRUCTION, INC.,
      Defendant/Counter-
      Defendant-Appellee.
_____/

SC: 136592
COA: 274487
Antrim CC: 05-008127-NZ

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the March 11, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., and CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2009

_____
Clerk

d0128